ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 29 2005

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| INAM INTERNATIONAL, INC., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 1:05-CV-0852 |
| BROAN-NUTONE LLC, a Wisconsin Limited Liability Company, | ) |
| Defendant. | ) |

CAP

## NOTICE OF REMOVAL OF CIVIL ACTION

Defendant Broan-NuTone LLC alleges:

1.

Broan-NuTone, LLC, is the defendant in a civil action originally filed on February 22, 2005, in the Superior Court of DeKalb County, State of Georgia, Case No. 05CV3116-5, entitled <u>Inam International, Inc. v. Broan-NuTone, LLC</u>.

2.

Defendant was served with the Summons and Complaint on February 28, 2005; this removal is timely under 28 U.S.C. § 1446(b).

3.

True and complete copies of all the process and pleadings served on Defendant in this action are attached as Exhibit 1 to this Notice and no further proceedings have been had.

155726.1

4.

The United States District Court for the Northern District of Georgia has original jurisdiction over this action based on diversity of citizenship pursuant to 28 U.S.C. § 1332.

5.

This is a civil action in which the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

6.

Plaintiff alleges that it is a corporation incorporated in the State of Georgia with its principle place of business in the State of Georgia; therefore, as alleged, Plaintiff is a citizen of the State of Georgia.

7.

Defendant is a limited liability company, organized in the State of Delaware with its principle place of business in the State of Wisconsin. As required by Rolling Greens MHP v. Comcast SCH Holdings LLC, 374 F.3d 1020 (11th Cir. 2004), none of its members are citizens of the State of Georgia; its only member is Nortek, Inc., which is incorporated in Delaware with its principle place of business in Rhode Island.

8.

No defendant in this action is a citizen of the State of Georgia.

WHEREFORE, Defendant files this Notice of Removal of Civil Action, now pending in the Superior Court of DeKalb County, State of Georgia, Case No. 05CV3116-5, from that court to this, the United States District Court for the Northern District of Georgia.

This 29th day of March, 2005.

                **NALL & MILLER, LLP**

                GEORGE R. NEUHAUSER
                Georgia Bar No. 112851
                CHARLES R. CARSON
                Georgia Bar No. 112851
                ALEXIA R. PLEASANTS
                Georgia Bar No. 581777

                Attorneys for Defendant
                Broan-NuTone, LLC

Suite 1500, North Tower
235 Peachtree Street, N.E.
Atlanta, Georgia 30303
404/522-2200

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| INAM INTERNATIONAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. _____ |
| | ) |
| BROAN-NUTONE LLC, a Wisconsin Limited Liability Company, | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE AND COMPLIANCE WITH LOCAL RULE 5.1

I, the undersigned, hereby certify that this document was prepared in Book Antigua 13 point font and that I have this day served counsel for all parties with a true and correct copy of the foregoing documents in the United States Mail with sufficient postage affixed thereon as follows:

> Jefferson C. McConnaughey, Esq.
> Cozen O'Connor
> SunTrust Plaza, Suite 2200
> 303 Peachtree Street NE
> Atlanta, GA 30308

This the 29th th day of March, 2005.

NALL & MILLER, LLP

_____
ALEXIA R. PLEASANTS
Georgia Bar No. 581777

- 5 -

235 Peachtree Street, N.E.
Suite 1500
Atlanta, Georgia 30303
Ph:  404/522-2200
Fax: 404/522-2208