**ORIGINAL TRANSCRIPT**

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JUN 0 5 2008

JAMES N. HATTEN, Clerk
By: Deputy Clerk

INAM INTERNATIONAL, INC.,
A GEORGIA CORPORATION

    Plaintiff,

vs.

BROAN-NUTONE, LLC, A WISCONSIN
LIMITED LIABILITY COMPANY,

    Defendant.

CIVIL ACTION FILE
NO. 1:05-CV-0852-CAP

**DEPOSITION OF**

**MICHAEL EARL STEVENSON, Ph.D., P.E.**

January 3, 2007
10:00 a.m.

2200 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia

Robin K. Watkins, CCR-B-1936, RPR



Alexander Gallo & Associates, LLC
COURT REPORTING / VIDEO SERVICES
TRIAL PRESENTATIONS